Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
Jordan T. Leavitt – 031930
jleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>    Plaintiff,<br><br>vs.<br><br>Ashford Scottsdale LP d/b/a Courtyard by Marriott Scottsdale Old Towne;<br><br>    Defendants. | No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

Pursuant to Local Rule of Civil Procedure ("Local Rule") 3.6(a) and 28 U.S.C. §§ 1331, 1441(a)(c) and 1446, Defendant Ashford Scottsdale LP d/b/a Courtyard by Marriott Scottsdale Old Towne ("Defendant") provides notice of the removal to this Court of *Strojnik vs. Ashford Scottsdale, LP et al.,* filed in the Maricopa County Superior Court, and assigned case number CV2020-055337.

## I.   INTRODUCTION

Mr. Strojnik—a former attorney who, in 2019, was disbarred from practicing law in Arizona for filing hundreds of meritless ADA accessibility lawsuits—has now begun filing ADA lawsuits as a *pro se* litigant and seeking tort damages for barriers to accessibility that he alleges he personally encountered at Defendant's hotel and property. Mr. Strojnik has asserted a claim under the Americans with Disabilities Act ("ADA") as well as a smorgasbord of state law claims that all arise from his underlying

1  ADA claim, including negligence, negligent misrepresentation, failure to disclose,
2  common law fraud and consumer fraud. The Court has jurisdiction over the lawsuit
3  because Mr. Strojnik's ADA claim against Defendant

**II.   THIS COURT HAS ORIGINAL JURISDICTION PURSUANT TO 28 U.S.C. § 1331 and § 1332**

Under 28 U.S.C. § 1441(a), a defendant may remove any case over which the Court has "original jurisdiction."  A district court has original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331.

Mr. Strojnik has asserted claims against Defendant for alleged ADA violations that exist because of, and therefore arise under, the laws of the United States. See 42 U.S.C. § 12101, *et seq.*

**III.   THIS NOTICE OF REMOVAL IS TIMELY**

A defendant may file a Notice of Removal within "30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…" 28 U.S.C. § 1446(b)(1).

Mr. Strojnik filed this Complaint in the Maricopa County Superior Court on October 6, 2020. *See* **Exhibit A**.  He served Ashford Scottsdale LP on November 5, 2020. *See* **Exhibit B**. This means Defendant's time for filing its Notice of Removal is December 5, 2020. Accordingly, this Notice is timely.

**IV.   DEFENDANT HAS COMPLIED WITH THE LOCAL RULE GOVERNING REMOVAL.**

Pursuant to LRCiv 3.6 (as amended on December 1, 2020) Defendant identifies and attaches the following documents:

| Document | Attached to Notice | Exhibit |
|---|---|---|
| Supplemental Cover Sheet | Yes | C-1 |

| State Court docket | Yes | Exhibit C-2 |
|---|---|---|
| Operative Complaint | Yes | Exhibit C-3 |
| Service Documents | Yes | Exhibit C-4 |
| Answer | Not applicable | Not applicable |
| State Court orders | Not applicable | Not applicable |
| Notices of Appearance | Not applicable | Not applicable |
| Pending Motions | Not applicable | Not applicable |
| Remainder of State Court Record | Not applicable | Not applicable |
| Verification of State Court Record | Yes | Exhibit D |

Contemporaneously with this filing, a separate notice will be filed in state court with a copy of this Notice attached as **Exhibit E**. *See* L.R.Civ. 3.6(a).

## V.     CONCLUSION

Because this case satisfies the requirements for being in federal district court and Defendant has complied with the removal process, this case should be removed from the Mohave County Superior Court to the U.S. District Court for the District of Arizona.

RESPECTFULLY SUBMITTED this 4th day of December, 2020.

JENNINGS, STROUSS & SALMON, P.L.C.

By *s/ Lindsay G. Leavitt*
   Lindsay G. Leavitt
   Jordan T. Leavitt
   One East Washington Street, Suite 1900
   Phoenix, Arizona  85004-2554
   *Attorneys for Defendant*

3

**CERTIFICATE OF SERVICE**

☐   I hereby certify that on December 4, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

☒   I hereby certify that on December 4, 2020, I served the attached document by Electronic mail on the following, who are not registered participants of the CM/ECF System:

Peter Srojnik<br>
7847 N. Central Avenue<br>
Phoenix, AZ 85020<br>
ps@strojnik.com<br>
*Plaintiff Pro Per*

                                    s/  Tana Davis-Digeno

7410185v1(66097.2)