Peter Strojnik,
7847 N. Central Ave.
Phoenix, AZ 85020
Telephone: (602) 524-6602
ps@strojnik.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br>             Plaintiff,<br>vs.<br>Ashford Scottsdale LP dba Courtyard by Marriott Scottsdale Old Town,<br>             Defendant. | Case No: 2:20-cv-02352-DWL<br><br>**NOTICE OF CORRECTION** |

In its Order, Dkt. 16, the District Court indicates that "both parties have acknowledged that this Court lacks subject matter jurisdiction over this action". Id. at 2:12-14.

To the extent that Plaintiff's submissions can be understood as Plaintiff's position that the District Court lacks jurisdiction, the understanding is inaccurate. Plaintiff in fact asserts that the District Court *does* have jurisdiction. Plaintiff's submissions merely requests that the Defendant prove it as required by *Abrego Abrego v. The Dow Chem. Co.*, 443 F.3d 676, 682 (9th Cir. 2006) in light of Defendant's claim of lack of jurisdiction in its Answer.

RESPECTFULLY SUBMITTED this 4th day of February 2021.

**PETER STROJNIK**

_____
Peter Strojnik
Plaintiff

ECF filed this 4th day of February 2021 thence to be distributed through PACER.